# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:  05-cr-00114-REB-01 |
| COREY L. DARTON | ) USM No:  33579-013 |
| | ) Lisa A. Polansky, Appointed |
| Date of Previous Judgment:  February 14, 2006 | ) _____ |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒  the Director of the Bureau of Prisons   ❒  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

      X  DENIED.    ❒  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  _____  **is reduced to**  _____ .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 29 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 151 to 188 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  February 14, 2006, shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  March 17, 2009

                                   **s/ Robert E. Blackburn**

                                          Judge's signature

Effective  _____

          (if different from order date)

                        Robert E. Blackburn, United States District Judge

                              Printed name and title